UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2005 APR -6 PM 2:57
WESTERN DISTRICT OF TEXAS
U.S. CLERK'S OFFICE
BY: _____ DEPUTY

| | |
|---|---|
| CRISTY ESNARD AND STEPHEN ESNARD, Individually, and on Behalf of MEGHAN ESNARD, a minor child | § § § § |
| v. | § CIVIL ACTION NO. A-03-CA-201SS § § |
| MCNEIL CONSUMER & SPECIALTY PHARMACEUTICALS, a Division of MCNEIL-PPC, INC.; and JOHNSON & JOHNSON, | § § § § |

## AGREED ORDER TO DEPOSIT FUNDS INTO THE REGISTRY OF THE COURT

ORDERED, that the Clerk of the Court receive and deposit into the Registry of the Court the amount of $10,000.00 which represents settlement proceeds for the use and benefit of Meghan Esnard, a Minor, and it is

FURTHER ORDERED, that the Clerk of the Court, as soon as the business of his office allows, draw his check and deposit same into an interest bearing account with the highest obtainable rate at Frost Bank. In return, the Clerk is to receive an indicia of ownership payable to:

> Meghan Esnard, Minor, under the direction and control of the
> Clerk, United States District Court for the Western District of Texas
> Civil Action Number A-03-CA-201SS

Upon maturity of said investment, the principal amount plus accrued interest shall be automatically reinvested and without further instructions from the Court. The investment shall be for the same length of time as the original investment at the prevailing interest rate. This "roll-over" procedure will be followed at the maturity of each investment unless the Court Orders otherwise. The initial investment and subsequent reinvestments will be subject to the collateral provision of 31 CFR Part 202.

45

p

## AGREED ORDER TO DEPOSIT FUNDS INTO THE REGISTRY OF THE COURT
Page 2

IT IS FURTHER ORDERED that Meghan Esnard, minor child, provide her tax identification number, a copy of her birth certificate and address to the Court by separate letter addressed to the United States District Clerk, Western District of Texas, Austin Division, Attention: Finance, 200 W. 8th Street, Austin, Texas 78701.

IT IS FURTHER ORDERED that any change of address of Meghan Esnard shall be submitted to the Office of the Clerk immediately.

IT IS FURTHER ORDERED, that the Clerk of the Court will deduct a registry fee authorized by the Judicial Conference Schedule of Fees implemented by the Administrative Office of the United States Courts effective February 3, 1992 for the handling and servicing of interest-bearing accounts deposited to financial institutions pursuant to 28 U.S.C. 2041 and Rule 67 of the Federal Rules of Civil Procedure. The amount of the fee shall be equal to ten percent (10%) of all income earned during the first five years, seven and a half percent (7.5%) of all income earned during years six through ten, five percent (5%) of all income earned during years eleven through fifteen, and two and a half percent (2.5%) of all income earned after fifteen years while funds are held in the Court's registry. The financial institution, without further Order of the Court, will issue a check payable to the CLERK, U.S. DISTRICT COURT for the percentage of income earned as set forth above at the end of each five year period or when the account is closed, whichever occurs sooner, as requested by the Clerk of the Court. All remaining sums shall continue to be invested as previously outlined until further order of this Court.

SIGNED this 6th day of April, 2005.

*/s/ Sam Sparks*
UNITED STATES DISTRICT JUDGE

AGREED ORDER TO DEPOSIT FUNDS INTO THE REGISTRY OF THE COURT

Page 3

AGREED:

_____
James C. Barber, Esq.
State Bar No. 01706000
Law Offices of James C. Barber
4310 Gaston Avenue
Dallas, Texas 75246
214-821-8840; 214-821-3834 (fax)

_____
Frank L. Hill
State Bar No. 09631500
THOMPSON & KNIGHT L.L.P.
98 San Jacinto Blvd., Suite 1900
Austin, Texas 78701
512-469-6100; 512-469-6180 (fax)

_____
Will Coates
State Bar No. 00425001
Attorney & Mediator
111 Congress. Suite 1040
Austin, Texas 78701
512-499-0444; 512-457-8032 (fax)

AGREED ORDER TO DEPOSIT FUNDS INTO THE REGISTRY OF THE COURT

Page 3

AGREED:

---

James C. Barber, Esq.
State Bar No. 01706000
Law Offices of James C. Barber
4310 Gaston Avenue
Dallas, Texas 75246
214-821-8840; 214-821-3834 (fax)

Frank L. Hill
State Bar No. 09631500
THOMPSON & KNIGHT L.L.P.
98 San Jacinto Blvd., Suite 1900
Austin, Texas 78701
512-469-6100; 512-469-6180 (fax)

---

Will Coates
State Bar No. 00425001
Attorney & Mediator
111 Congress, Suite 1040
Austin, Texas 78701
512-499-0444; 512-457-8032 (fax)